Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL XII

| | | |
|---|---|---|
| JEANETTE ORTIZ RIVERA<br><br>Apelante<br><br><br>EX PARTE | TA2025AP00619 | Apelación procedente del Tribunal de Primera Instancia, Sala Superior de Salinas<br><br>Caso Núm.: SA2025CV00284 Salón 202<br><br>Sobre: Petición de Orden Cambio de Nombre |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto, el Juez Campos Pérez y la Jueza Trigo Ferraiuoli.

Candelaria Rosa, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 23 de enero de 2026.

Comparece la señora Jeanette Ortiz Rivera mediante recurso de apelación y solicita que revoquemos la *Orden* del Tribunal de Primera Instancia, Sala Superior de Salinas, emitida el 31 de octubre de 2025. En dicho dictamen, se denegó cambiar lo determinado en la Resolución del 16 de octubre de 2025. Por los fundamentos que expresaremos, revocamos la *Orden* recurrida.

En síntesis, el caso de epígrafe trata de una petición *ex parte* para cambiar su apellido. Según el expediente, la apelante nació bajo el nombre de Jeanette Ortiz Rivera y reconoce al señor José Del Carmen Marrero Rivera como su padre de crianza, ya que su padre biológico la abandonó cuando era pequeña. Por tanto, la apelante desea que se cambie el nombre en su Acta de Nacimiento de tal naturaleza que el nuevo certificado de nacimiento incluya solamente el nuevo nombre de Jeanette Marrero Rivera, sin alusiones al nombre anterior.

El 1 de octubre de 2025 se celebró una vista evidenciaria en la cual la apelante confirmó su deseo de cambiar su nombre de nacimiento a Jeanette Marrero Rivera y llevar este apellido. Sin objeción de la fiscalía o los familiares de crianza, el Tribunal apelado, en sala abierta, declaró ha lugar la petición de la apelante, por lo cual le ordenó al Registro Demográfico que cambie el Certificado de Nacimiento para que lea Jeanette Marrero Rivera. No obstante, la *Resolución* escrita correspondiente a esta determinación dispuso que el Secretario del Departamento de Salud de Puerto Rico, División de Registro Demográfico, deberá cambiar el Certificado de Nacimiento de Jeanette Ortiz Rivera para que haga constar y se perpetúe el hecho de que también es conocida por Jeanette Marrero Rivera.

Al emitirse y notificarse esta *Resolución*, la apelante solicitó una resolución *nunc pro tunc* y argumentó que en el Certificado de Nacimiento solo debe constar el nombre de Jeanette Marrero Rivera, sin necesidad de que se incluya la frase "también conocida por", de manera que no se incluya su nombre anterior. En respuesta, el Tribunal recurrido resolvió sin lugar, solamente indicando que se sostenía a lo determinado en la *Resolución* del 16 de octubre de 2025.

Por lo transcurrido, la apelante solicitó reconsideración y argumentó que (1) ésta debería haber presentado esta moción, en vez de una de *nunc pro tunc*; y (2) al amparo del Artículo 31 de la Ley Núm. 24 de 22 de abril de 1931 (24 LPRA sec. 1231), se deberá permitir el tachado del nombre recibido al nacer. Ante esta moción, el Tribunal apelado resolvió sin lugar sin más explicación.

Insatisfecha, la apelante recurre ante este Tribunal y alega que el Tribunal de Primera Instancia erró al (1) notificar que en el Certificado

de Nacimiento de Jeanette Ortiz Rivera se haga constar y se perpetúe el hecho de que también es conocida por Jeanette Marrero Rivera; (2) declarar sin lugar la moción de reconsideración; y (3) no ordenar al Secretario de Transportación y Obras Públicas y al Secretario de la Comisión Estatal de Elecciones a emitir nuevas emisiones de identificación bajo el nombre de Jeanette Marrero Rivera.

Vale recordar que nuestro ordenamiento permite la rectificación o enmienda de un asiento en el antiguo Registro Civil. Art. 31 de la Ley Núm. 24 de 22 de abril de 1931, *supra*. En específico, cualquier cambio, adición o modificación de apellido solamente podrá hacerse a instancia del interesado, quien deberá presentar ante el Tribunal de Primera Instancia una oportuna solicitud, con expresión juramentada por sus motivos y prueba documental pertinente. Íd. De autorizarse el cambio, adición o modificación del apellido, éste se verificará en el Registro Demográfico tachando en el certificado de nacimiento el apellido sustituido y consignando el nuevo apellido autorizado por el Tribunal. Íd. Cualquier tachadura necesaria deberá hacerse de modo que siempre se pueda leer la palabra tachada. Íd. Logrado el cambio deseado, la parte solicitante tendrá la responsabilidad de hacer los cambios correspondientes en su licencia de conducir y tarjeta electoral. Véase Art. 5.9 del Código Electoral de Puerto Rico de 2020, 16 LPRA sec. 4569; Art. VII del Reglamento para Establecer los Requisitos, Condiciones para la Expedición, Renovación, Duplicado […], Reglamento Núm. 8490 de 19 de junio de 2014.

En el presente caso, el Tribunal de Primera Instancia erró al denegar la solicitud de la apelante para modificar su Certificado de Nacimiento y en su lugar incluir Jeanette Marrero Rivera solo como

nombre alterno. Nuestro ordenamiento claramente dispone que el tachado de nombres o apellidos en el certificado de nacimiento es el método que el Registro Demográfico deberá utilizar para lograr el cambio, adición o modificación deseada. Por tanto, corresponde ordenar el cambio solicitado por la apelante de dicha forma. No obstante, la apelante deberá acudir a las agencias correspondientes para lograr los cambios necesarios en su licencia de conducir y tarjeta electoral, mediante su Certificado de Nacimiento modificado.

Por los fundamentos expresados, revocamos la *Orden* recurrida y, por efecto, ordenamos al Secretario del Departamento de Salud de Puerto Rico, División de Registro Demográfico, cambiar el Certificado de Nacimiento de Jeanette Ortiz Rivera para que tache dicho nombre —de forma que resulte legible— y haga constar el hecho vigente de que su nombre es Jeanette Marrero Rivera.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones